IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.:   2:07CR-169-MEF |
| | ) | |
| KEITH LASHON BELL | ) | |
| | ) | |

**ORDER**

For good cause, it is

**ORDERED** that arraignment of the defendant be and is hereby scheduled for **August 28, 2007 at 9:30 a.m.**, in **courtroom 4B**, before **Chief United States Magistrate Judge Charles S. Coody**, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 24th day of August , 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE