**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| | * |
| v. | *  CR. NO. 2:07-CR-169-MEF |
| | * |
| **KEITH LASHON BELL,** | * |
| a/k/a HOG | * |
| | * |
| | * |

_____

**NOTICE OF ATTORNEY APPEARANCE – DEFENDANT KEITH BELL**
_____

COMES NOW, Benjamin E. Schoettker, and enters his appearance as appointed counsel for defendant Keith LaShon Bell.

Respectfully submitted this the 22nd day of August, 2007.

                                                  s/ Benjamin E. Schoettker_____
                                                  Benjamin E. Schoettker
                                                  Attorney for Defendant
                                                  Keith LaShon Bell
                                                  608 S. Hull Street
                                                  Montgomery, Alabama 36104
                                                  Phone: (334) 834-3444
                                                  Fax:    (334) 262-8897
                                                  bes@barfootschoettker.com
                                                  Bar No. ASB-7648-I72S

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christa D. Deegan, Esquire
Office of the US Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                              Respectfully Submitted,

                                              s/ Benjamin E. Schoettker_____
                                              Benjamin E. Schoettker
                                              Attorney for Defendant
                                              Keith LaShon Bell