IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07-CR-169-MEF |
| | ) | |
| KEITH LASHON BELL | ) | |

## **ORDER**

At arraignment the United States orally moved to amend the conditions of release imposed on the defendant on August 21, 2007. The defendant did not object. Accordingly, it is

ORDERED that the motion be and is hereby GRANTED and that the conditions of release be and are hereby modified by the addition of condition (7)(j) requiring that the defendant avoid all contact, directly or indirectly, with any person who are or who may become a victim or potential witness in the subject investigation or prosecution.

Done this 28th day of August, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE