IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        vs                        )          2:07CR169-MEF
                                  )
KEITH LASHON BELL                 )

## ORDER

The court finds that the defendant is eligible for the appointment of counsel

pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

**ORDERED** that panel attorney Benjamin Schoettker  be and is hereby appointed to

represent  the defendant for all further proceedings.  Appointed counsel shall file a written

notice of appearance with this court.

Done this the 28th day of August, 2007.


/s/Terry F. Moorer
**TERRY F. MOORER**
**U. S. MAGISTRATE JUDGE**