```
          IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr169-MEF |
| ) | |
| KEITH LASHON BELL ) | |
| a/k/a HOG ) | |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 7th day of September, 2007.

                                        FOR THE UNITED STATES ATTORNEY
                                            LEURA G. CANARY

                                        /s/John T. Harmon
                                        John T. Harmon
                                        Assistant United States Attorney
                                        Office of the United States Attorney
                                        Middle District of Alabama
                                        131 Clayton Street
                                        Post Office Box 197
                                        Montgomery, Alabama 36101-0197
                                        Telephone:(334) 223-7280
                                        Facsimile:(334) 223-7560
                                        E-mail: John.Harmon@usdoj.gov
                                        Bar Number: 7068-II58J

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney