# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

UNITED STATES OF AMERICA,          \*
                                       \*
                                       \*

v.                                    \*     CR. NO. 2:07-CR-169-MEF
                                       \*

KEITH LASHON BELL,            \*
      a/k/a HOG                   \*
                                       \*
                                       \*

---

## WAIVER OF SPEEDY TRIAL RIGHTS

---

Comes now Keith Lashon Bell, and after having been advised by my attorney, Benjamin

E. Schoettker, of my right to a speedy trial pursuant to 18 U.S.C. 3161 et.seq., I hereby waive my

Speedy Trial Right in the initial setting of the trial date.

Signed this the 17th day of September, 2007.

                                  *Keith Lashon Bell*
                                  Keith Lashon Bell
                                  Defendant

*Benjamin E. Schoettker*
Benjamin E. Schoettker
Attorney for Defendant
608 South Hull Street
Montgomery, AL 36104
Tel.    334-834-3444
Fax.   334-262-8897
bes@barfootschoettker.com