IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-169-MEF |
| | ) | |
| KEITH LASHON BELL | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Substitute Counsel (Doc. #21) filed on October 10, 2007, it is hereby

ORDERED that the motion is GRANTED to the extent that A. Clark. Morris seeks to appear on behalf of the United States, and DENIED to the extent that Christa D. Deegan seeks to withdraw her appearance for the United States.

DONE this the 16th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE