FILED
NOV 1 6 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:07-cr-169-MEF |
| ) | [21 USC § 841(a)(1), 18 USC |
| KEITH LASHON BELL ) | § 924(c)] |
| a/k/a HOG ) | |
| ) | **SUPERSEDING INDICTMENT** |

The Grand Jury charges:

## COUNT 1

On or about February 28, 2007, in Lowndes County, within the Middle District of Alabama, the defendant,

KEITH LASHON BELL, a/k/a HOG,

did knowingly and intentionally distribute approximately 13.8 grams of a mixture or substance containing a detectable amount of cocaine base, more commonly referred to a crack cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about August 2, 2007, in Lowndes County, within the Middle District of Alabama, the defendant,

KEITH LASHON BELL, a/k/a HOG,

did knowingly use and carry a Taurus, model PT24/PRO, .40 caliber pistol, a better description being unknown to the Grand Jury, during and in relation to the drug trafficking offense of possession with the intent to distribute a controlled substance, that being cocaine base, and did possess said firearm in furtherance of the drug trafficking offense of possession with the intent to distribute a controlled substance, that being cocaine base, in violation of Title 18, United States Code, Section

924(c)(1)(A).

## FORFEITURE ALLEGATION

A.   Count 1 of this Indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 21, United States Code, Section 841(a)(1) as alleged in Count 1 of this Indictment, the Defendant,

KEITH LASHON BELL, aka HOG

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said Defendant obtained, directly or indirectly, as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of any violation alleged in Count 1 of this Indictment.

C.   If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the Defendant:

   (1) cannot be located upon the exercise of due diligence;

   (2) has been transferred or sold to, or deposited with, a third person;

   (3) has been placed beyond the jurisdiction of the Court;

   (4) has been substantially diminished in value; or,

   (5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said Defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 841.

*/s/ Leura G. Canary*
LEURA G. CANARY
United States Attorney

*/s/ John T. Harmon*
JOHN T. HARMON
Assistant United States Attorney

*/s/ Clark Morris*
A. CLARK MORRIS
Assistant United States Attorney

A TRUE BILL

*/s/ Foreperson*
Foreperson