IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:07CR169-MEF |
| KEITH LASHON BELL | ) | |

**ORDER**

A pretrial conference in this matter will be held on 3/17/2008, at 11:00 a.m. before the undersigned Magistrate Judge in Courtroom 4-A.

Done this 3r$^d$ day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE