IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-169-MEF |
| | ) | |
| KEITH LASHON BELL | ) | |

## **ORDER**

Having considered the *United States' Amended Motion to Substitute Counsel* (Doc. 37), it is **ORDERED** that the Motion is **GRANTED** and Assistant U.S. Attorney Verne H. Speirs shall be substituted for A. Clark Morris as counsel for the United States.

DONE this 23rd day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE