IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07CR169-MEF |
| | ) | |
| KEITH LASHON BELL | ) | |

**<u>ORDER</u>**

   For good cause, it is

   ORDERED that a second Pretrial Conference is scheduled in this case on 9/29/2008 at 11:00 a.m. in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama.

   DONE this 30th day of July, 2008.

                                                                                    /s/Terry F. Moorer
                                                                                 TERRY F. MOORER
                                                                                 UNITED STATES MAGISTRATE JUDGE