IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )        CASE NO. 2:07-cr-169-MEF
                                    )
KEITH LASHON BELL                   )

# **O R D E R**

Upon consideration of the government's Motion to Strike Forfeiture Allegation (Doc.

#48) filed on August 1, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 4th day of August, 2008.


                            /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE